Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Incyte Corp. and Incyte Holdings Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **INCYTE CORP. and INCYTE HOLDINGS CORP.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,**<br><br>**Defendants.** | **Civil Action No. 25-17832 (CPO)(MJS)**<br><br>**(Filed electronically)** |

**CONSENT JUDGMENT**

Plaintiffs Incyte Corp. and Incyte Holdings Corp. (collectively, "Incyte") and Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL"), the parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 2nd day of July, 2026: ORDERED,

ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action only, including as set forth below in Paragraph 6 of this Consent Judgment.

2. As used in this Consent Judgment, the term “DRL ANDA Product” shall mean a drug product manufactured, imported, sold, offered for sale, marketed, or distributed pursuant to Abbreviated New Drug Application No. 220797 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico.

3. As used in this Consent Judgment, the term “Patents-in-Suit” shall mean U.S. Patent Nos. 7,598,257; 8,415,362; 8,722,693; 8,822,481; and 8,829,013.

4. Until expiration of the Patents-in-Suit, DRL, including any of its successors and assigns, is enjoined from infringing the Patents-in-Suit, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing of the DRL ANDA Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Incyte, and is further enjoined from assisting or cooperating with any third parties in connection with any infringement of the Patents-in-Suit by any such third parties in connection with making, having made, using, selling, offering to sell, importing, or distributing of any ruxolitinib-containing drug product that references NDA 220797 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Incyte.

5. Compliance with this Consent Judgment may be enforced by Incyte and its respective successors in interest or assigns.

6. This Court retains jurisdiction to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related thereto.

7. All claims, counterclaims, affirmative defenses, motions and petitions asserted in this Action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

8. Nothing herein prohibits or is intended to prohibit DRL from maintaining any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Patents-in-Suit.

9. Nothing herein prohibits or is intended to prohibit DRL from engaging in any activity permitted under 35 U.S.C. § 271(e)(1).

10. Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving Abbreviated New Drug Application No. 220797 or the DRL ANDA Product.

Christine P. O'Hearn

Hon. Christine P. O'Hearn, U.S.D.J.

We hereby consent to the form and entry of this Judgment:

Dated: July 1, 2026

By: s/ Charles M. Lizza

Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
Saul Ewing LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs Incyte Corp. and Incyte Holdings Corp.*

By: s/ Frank D. Rodriguez

Frank D. Rodriguez
WINDELS MARX LANE & MITTENDORF, LLP
180 Park Avenue
Florham Park, NJ 07932
(973) 966-3200
frodriguez@windelsmarx.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*